1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                               )
THOMAS G. McGRAW and YVONNE McGRAW,   )
                                               )   Case No. C08-0092RSL
                    Plaintiffs,                )
          v.                                   )
                                               )   ORDER EXTENDING TIME
UNITED STATES, *et al.*,                       )
                                               )
                    Defendants.                )
_____)

This matter comes before the Court on plaintiffs' "Motion for Enlargement of Time to Respond to Defendant Regence Blue Shield's [sic] Motion to Dismiss." Dkt. # 5. Defendant does not object to a reasonable extension of time. Dkt. # 6. Having reviewed the underlying motion and plaintiffs' memorandum, the Court GRANTS plaintiffs' motion for an extension of time in which to respond to defendant's motion to dismiss. The Clerk of Court is directed to renote defendant Regence BlueShield's motion to dismiss (Dkt. # 3) on the Court's calendar for May 2, 2008. Plaintiffs' response is now due on Monday, April 28, 2008. Defendant's reply, if any, is due on Friday, May 2, 2008.

Dated this 27th day of March, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME