UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS G. MCGRAW and YVONNE MCGRAW,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES, *et al.*,<br><br>     Defendants. | No. C08-92RSL<br><br>ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO UNITED STATES' MOTION TO DISMISS |

  This matter comes before the Court on "Plaintiffs' Motion for Enlargement of Time to Respond to United States' Motion to Dismiss" (Dkt. #29). Plaintiffs, proceeding pro se, move for a thirty day extension in order to prepare and file their response to the government's motion to dismiss (Dkt. #21). The government did not file a response to plaintiffs' motion, and plaintiffs have shown good cause for an extension. Therefore, the Court GRANTS IN PART plaintiffs' motion. Plaintiffs are granted leave until **June 9, 2008** to file a response to the government's motion to dismiss. The Clerk of Court is directed to RENOTE the government's motion to dismiss (Dkt. #21) on the Court's calendar for Friday, June 13, 2008. In accordance with Local Civil Rule 7(d)(3), the government shall file its reply, if any, by June 13, 2008.

//

//

ORDER GRANTING PLAINTIFF'S MOTION
FOR ENLARGEMENT OF TIME

1        DATED this 29th day of May, 2008.

2

3                                       /s/ Robert S. Lasnik
                                        Robert S. Lasnik
4                                       United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S MOTION
FOR ENLARGEMENT OF TIME                 -2-