UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
THOMAS G. McGRAW and YVONNE McGRAW,  )
                                    )   Case No. C08-0092RSL
            Plaintiffs,             )
     v.                             )
                                    )   ORDER DENYING MOTIONS
UNITED STATES, *et al.*,            )   AS MOOT
                                    )
            Defendants.             )
_____ )

On or about August 25, 2008, the undersigned granted the United States' motion to dismiss in the above-captioned matter. Because all of plaintiffs' claims have been fully adjudicated, their "Expedited Application for a Temporary Restraining Order" (Dkt. # 38), "Expedited Application for Preliminary Injunction" (Dkt. # 39), and "Motion for Enlargement of Time to File a Motion to Compel Answers to Plaintiffs' Discovery Requests" (Dkt. # 40) are hereby DENIED as moot. The Clerk of Court is directed to enter judgment against plaintiffs and in favor of defendants.

Dated this 27th day of August, 2008.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTIONS AS MOOT